JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 22-00383-CJC (DFMx)            Date: July 20, 2023

Title: <u>SUSAN SALGADO v. CITIGROUP CORPORATE HOLDINGS, INC., *et al.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Rolls Royce Paschal</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER ADMINISTRATIVELY CLOSING CASE**

      Plaintiff Susan Salgado filed this case against CitiGroup Corporate Holdings, Inc. ("Citibank"), Equifax Information Services, LLC ("Equifax"), Trans Union, LLC ("Trans Union"), and Experian Information Solutions, Inc. ("Experian") for violation of the Fair Credit Reporting Act and California's Consumer Credit Reporting Agency Act and Identify Theft Act. (Dkt. 1 [Complaint].) Equifax was dismissed on May 21, 2023, (Dkt. 51), Trans Union was dismissed on June 14, 2023, (Dkt. 53), and Experian was dismissed on July 12, 2023, (Dkt. 55). The only defendant remaining in this case is Citibank, and the case was stayed pending arbitration as to Citibank on May 10, 2022, (Dkt. 27). Accordingly, the Court **ADMINISTRATIVELY CLOSES** this case.

cbt

MINUTES FORM 11
CIVIL-GEN                                                                         Initials of Deputy Clerk RRP